**Order entered June 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-01032-CV

**IN THE INTEREST OF T.R., L.R., J.R., S.R., E.R., C.R., AND V.R., CHILDREN**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-06935**

### ORDER

On April 23, 2021, appellant file her brief on the merits. Because it contained sensitive data, we notified appellant by letter that she needed to file an amended brief redacting that data. *See* TEX. R. APP. P. 9.9. Appellant has twice attempted to file an amended brief. However, this Court rejected the filings because they were not properly bookmarked and instructed appellant to file a corrected electronic brief. *See id*. 9, 9.4(k).

Before the Court is appellant's June 3, 2021 unopposed motion for an extension of time to file a corrected brief. We **GRANT** the motion as follows. We

**STRIKE** appellant's brief filed on April 23, 2021.  We **ORDER** appellant to file a corrected brief on or before **June 11, 2021**.

/s/     KEN MOLBERG
JUSTICE